

# In the Missouri Court of Appeals
# Eastern District

FEBRUARY 2, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED100510    STATE OF MISSOURI, RES V JOE REED, APP

**WITHDRAWAL(S)**:

1.    ED102318 STATE OF MISSOURI, RES V LAWRENCE BRANDON, APP

2.    ED103032 W. PENNINGTON-THURMAN APP V BANK OF AMERICA RES